IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

BOBBIE J. JOSEY,

    Plaintiff,

v.

"KEYSTONE FOODS," d/b/a
SHAPIRO PACKING CO., INC.,

    Defendants.

CIVIL ACTION NO.
CV104-135

**ORDER**

AND NOW, this 9th day of July, 2005, the following deadlines shall apply in this matter:

Last Day for filing Civil Motions Excluding Motions In Limine     October 24, 2005

Pretrial Order     November 23, 2005

ANTHONY A. ALAIMO
United States District Judge